
UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                    ) Case No. 05-27664-C-7
                                          )
RACHEL CAMERON,                           ) DC No. MG-1
                                          )
                                          )
                     Debtor(s).           )
_____)

FINDINGS OF FACT AND CONCLUSIONS OF LAW

This motion to redeem pursuant to 11 U.S.C. § 722 was made pursuant to Local Bankruptcy Rule 9014-1(f)(1), which requires that written opposition be filed before the hearing. No timely opposition has been filed. There is no need for an evidentiary hearing because there are no disputed material factual issues.

The debtor has an interest in a Model Year 2001 Hyundai Tiburon motor vehicle. The value of the vehicle is $5,485. The vehicle constitutes tangible property that is used primarily for personal family household use and secures a dischargeable consumer debt with respect to exempt property.

Accordingly, the motion will be granted, and the debtor will be authorized to redeem the vehicle for $5,485.

An appropriate order will issue.

Dated: September 27, 2005.

_____
UNITED STATES BANKRUPTCY JUDGE



**CERTIFICATE OF SERVICE**

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Matthew J. Gilbert
2601 Nut Tree Rd #A
Vacaville, CA 95687

Dated: 9/28/05

_____
DEPUTY CLERK