```
                                    FILED
                                    SEP 28 2005
         UNITED STATES BANKRUPTCY COURT
                                    UNITED STATES BANKRUPTCY COURT
         EASTERN DISTRICT OF CALIFORNIA
                                    EASTERN DISTRICT OF CALIFORNIA
```

In re                              ) Case No. 05-27664-C-7
                                   )
RACHEL A. CAMERON,                 )
                                   )
    Debtor.                      )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW ON
MOTION TO REDEEM COLLATERAL**

These findings of fact and conclusions of law are rendered in this contested matter pursuant to Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014.

<u>Jurisdiction</u>

Jurisdiction is founded upon 28 U.S.C. § 1334.  This is a core proceeding.  28 U.S.C. § 157(b)(2)(G).

<u>Findings of Fact</u>

On August 16, 2005, the debtor filed a motion to redeem collateral under 11 U.S.C. §722.  The collateral, a 2001 Hyundai Tiburon ("vehicle"), secures a debt owed to Ascension Capital Group, Ltd ("creditor").  The debtor's motion establishes that the obligation was secured by personal property intended primarily for personal, family or household use.  The lien against the vehicle is in the approximate amount of $11,500.  In



debtor's opinion, the fair market value of the vehicle is $5,485.00.

A hearing was scheduled for September 27, 2005 to consider the motion. No opposition to the motion was filed. Upon review of the record, the court determined that the written record was adequate because there were no contested issues of fact and that no oral argument was necessary.

Conclusions of Law

Under 11 U.S.C. § 722, a debtor may redeem consumer collateral by "cashing out" a creditor for the fair market value of the collateral. The fair market value of the collateral is determined to be $5,485.00.

Accordingly, the motion to redeem the collateral for $5,485.00 will be granted.

An appropriate order will issue.

Dated: September 28, 2005

_____
UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Rachel Cameron
159 King Hiram Lane #202
Nevada City, CA 95959

Matthew Gilbert
2601 Nut Tree Road #A
Vacaville, CA 95687

John Roberts
P.O. Box 1506
Placerville, CA 95667-1506

Keybank USA NA
Attn: Officer, Manager, Service of Process Agent
601 Oakmont Lane, Suite 110
Westmont, IL 60559

Ascension Capital Group, Ltd.
Attn: Capital One Auto Finance Department
P.O. Box 201347
Arlington, TX 76006

Dated: 9/29/0~

_____
Deputy Clerk